**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-01981-REB-KLM

R&R CONTRACTING, INC., a North Dakota corporation,

     Plaintiff,

v.

GREAT WESTERN RAILWAY OF COLORADO, L.L.C., a Colorado limited liability
company,

     Defendant.

_____

**ORDER OF DISMISSAL**
_____

**Blackburn, J.**

     The matter is before me on the **Notice of Voluntary Dismissal Without
Prejudice** [#7][1] filed October 8, 2015.  After careful review of the notice and the file, I
conclude that the notice should be approved and that this action should be dismissed
without prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Notice of Voluntary Dismissal Without Prejudice** is approved;

     2.  That all pending pretrial deadlines are vacated; and

     3.  That this action is dismissed without prejudice with the parties to pay their
own attorney fees and costs.

_____

   [1]  "[#7]" is an example of the convention I use to identify the docket number assigned to a specific
paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention
throughout this order.

Dated October 8, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge